UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PORANG GODARZI SETODEH, | ) | Case No. CV 08-0884-PA(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| W.J. SULLIVAN, Warden, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: January 14, 2010

_____
Percy Anderson
United States District Judge